# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>(1) GORDON ERNST, )<br>(2) DONNA HEINEL, )<br>(3) LAURA JANKE, )<br>(4) ALI KHOSROSHAHIN, )<br>(5) STEVEN MASERA, )<br>(6) MIKAELA SANFORD, )<br>(7) MARTIN FOX, )<br>(8) IGOR DVORSKIY, )<br>(9) LISA "NIKI" WILLIAMS, )<br>(10) WILLIAM FERGUSON, )<br>(11) JORGE SALCEDO, and )<br>(12) JOVAN VAVIC, )<br>)<br>Defendants. ) | No. 19-CR-10081-IT<br><br>**FILED UNDER SEAL** |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned case as counsel for the United States of America.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated: March 7, 2019

/s/ *Kristen Kearney*
KRISTEN A. KEARNEY
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3100
Kristen.Kearney@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1)  GORDON ERNST,<br>(2)  DONNA HEINEL,<br>(3)  LAURA JANKE,<br>(4)  ALI KHOSROSHAHIN,<br>(5)  STEVEN MASERA,<br>(6)  MIKAELA SANFORD,<br>(7)  MARTIN FOX,<br>(8)  IGOR DVORSKIY,<br>(9)  LISA "NIKI" WILLIAMS,<br>(10) WILLIAM FERGUSON,<br>(11) JORGE SALCEDO, and<br>(12) JOVAN VAVIC,<br><br>                    Defendants. | No. 19-CR-10081-IT<br><br>**FILED UNDER SEAL** |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned case as counsel for the United States of America.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated: March 7, 2019

*/s/ Leslie Wright*
LESLIE A. WRIGHT
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3100
Leslie.Wright@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 19-CR-10081-IT |
| v. | **FILED UNDER SEAL** |
| (1) GORDON ERNST, <br> (2) DONNA HEINEL, <br> (3) LAURA JANKE, <br> (4) ALI KHOSROSHAHIN, <br> (5) STEVEN MASERA, <br> (6) MIKAELA SANFORD, <br> (7) MARTIN FOX, <br> (8) IGOR DVORSKIY, <br> (9) LISA "NIKI" WILLIAMS, <br> (10) WILLIAM FERGUSON, <br> (11) JORGE SALCEDO, and <br> (12) JOVAN VAVIC, <br><br> Defendants. | |

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned case as counsel for the United States of America.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated: March 7, 2019

/s/ Justin O'Connell
JUSTIN D. O'CONNELL
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3100
Justin.O'Connell@usdoj.gov